IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                  CASE NO. 4:03cr00285-01 JMM

DANIEL WHEELIS

## ORDER

The defendant appeared September 17, 2013, for a hearing on the motion to revoke supervised release. The defendant admitted to the violations contained in the petition and the Court granted the motion to revoke. The Court imposed a sentence of thirty-one (31) months imprisonment in the Bureau of Prisons to run consecutively to the sentence imposed in 4:12cr00123-01 JMM. The Court failed to include payment of the balance of the restitution owed in the above case as part of the sentence.

The judgment to follow will include restitution owed of $748.85. The schedule of payments previously imposed remain in effect.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 24th day of September, 2013.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE